LYNSEY A. LANGWORTHY, ESQ.
Nevada Bar No. 12302
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (213) 928-9800
Facsimile: (213) 928-9850
holly.cheong@troutman.com
lynsey.langworthy@troutman.com

*Attorneys for Defendant CARCO Group, Inc. d/b/a Cisive*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARIS NAJEE HAIRSTON,<br><br>Plaintiff,<br><br>v.<br><br>CARCO Group, Inc. d/b/a Cisive,<br><br>Defendant. | Case No.: 2:26-cv-02313-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Carco Group, Inc. d/b/a Cisive ("Cisive") and Plaintiff Paris Najee Hairston ("Plaintiff") (together, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. Plaintiff filed the Complaint in the above-captioned matter on July 29, 2026. (ECF No. 1.)

2. Cisive was served with the Complaint and Summons on August 10, 2026. (ECF No. 5.)

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Cisive's response to the Complaint is currently due on August 31, 2026.

4. The Parties hereby agree, stipulate, and respectfully request that the Court extend the deadline for Cisive to file its response to the Complaint for an additional fourteen (14) days, making its deadline to respond September 14, 2026.

5. This extension is necessary to provide Cisive and its counsel sufficient time to investigate the allegations in the Complaint and provide a meaningful response to same.

6. The requested extension of time shall not prejudice Plaintiff and will not unduly delay this litigation.

7. This is Cisive's first request to extend its deadline to respond to the Complaint.

IT IS SO STIPULATED.

Date: August 24, 2026

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Lynsey A. Langworthy*
Lynsey A. Langworthy, Esq.
Nevada Bar No. 12302
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (213) 928-9800
holly.cheong@troutman.com
lynsey.langworthy@troutman.com

*Attorneys for Defendant Carco Group, Inc. d/b/a Cisive*

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Michael Yancey III*
Michael Yancey III, Esq.
Nevada Bar No. 16158
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (718) 715-1750
Email: Myancey@consumerattorneys.com

*Attorneys for Plaintiff Paris Najee Hairston*

IT IS SO ORDERED:

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2026