JOSHUA D. HOWELL, ESQ. (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1399
joshua.howell@troutman.com

HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (213) 928-9800
Facsimile: (213) 928-9850
holly.cheong@troutman.com

*Attorneys for Defendant CARCO Group, Inc. d/b/a Cisive*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARIS NAJEE HAIRSTON,<br><br>Plaintiff,<br><br>v.<br><br>CARCO Group, Inc. d/b/a Cisive,<br><br>Defendant. | Case No. 2:26-cv-02313-APG-EJY<br><br>**MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** |

NOTICE IS HEREBY GIVEN to the Court and parties that Lynsey A. Langworthy is no longer employed by Troutman Pepper Locke LLP, is no longer associated with this matter, and should be removed from the list of counsel of record in this case.

DATED this 23rd day of September, 2026.

TROUTMAN PEPPER LOCKE LLP

*/s/ Joshua D. Howell*
Joshua D. Howell, Esq. (admitted pro hac vice)
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1399
joshua.howell@troutman.com

Holly E. Cheong, Esq.
Nevada Bar No. 11936
Two California Plaza, 350 South Grand Avenue
Suite 3400, Los Angeles, CA 90071
Tele: (213) 928-9850
Fax: (213) 928-9850
holly.cheong@troutman.com

**IT IS SO ORDERED.**

DATED: September 24, 2026

UNITED STATES MAGISTRATE JUDGE